IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

A.I.S. 116653

2007 FEB 16 A 9:35

DEBRA P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Johnny Sides
Full name and prison number
of plaintiff(s)

v.

Et,AL Defendants - Warden
Gwendolyn mosely omnibus
Amended consolidated 1983 civil
Action Et.AL Defendant
Judge Bobby Adder Holt
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:07CV143-MEF
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action? YES ( ) NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment? YES ( ) NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) N/A

            Defendant(s) N/A

        2.  Court (if federal court, name the district; if
            state court, name the county) N/A

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Easterling Correctional Facility 200 Wallace Drive Clio Alabama 36017_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Same as above And in Winston County Courthouse._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                               ADDRESS

1. _Warden Gwendolyn Mosely Easterling Correctional Facility_
2. _200 Wallace Drive Clio Alabama 36017._
3. _____
4. _Judge Bobby Aderholt_
5. _Winston County Courthouse_
6. _P.O. Box 309 Double Springs, Alabama 35553_

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _1984_ _2005_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Separate Complaint attached hereto._

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

_Sprate_

GROUND TWO: _____

SUPPORTING FACTS: _Complaints_

_Attached_

GROUND THREE: _____

SUPPORTING FACTS: _Hector_ ////

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. From amden Jurisdiction mostly compensatory damages at $15.00 dollars to pay cost of court. And Attorney Fee's for pro-se Litigation Judge Bobby Adder Holt. 10 million compensatory 10 million punitive. 10 million Declaratory Damages and to be Immediately release from further Investigation.

_Johnny Sides 116653_
(Signature of plaintiff(s))

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on ___1-15-07___.
(Date)

_Johnny Sides 116653_
(Signature of plaintiff(s))

4

IN THE UNITED STATES DISTRICT
Court For the MIDDLE District of Alabama

Johnny Sides
   Plaintiff:

AIS 116653    02-29-A

vs.

Et.Al. Defendants
Warden Huendolyn Mosely
omnibus Amended consolidated
1983 Civil Action
   Et.Al. Defendant
Judge Bobby Aderholt.

RECEIVED
2007 FEB 16 A 9:35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case _____

---

Omnibus, Amended Consolidated 1983 Civil Action

Complaint [One]

Johnny Sides Plaintiff States on April 29th 2005 He Had a Funds withdraw From his PMOD Account to be mailed to the Superintendent of documents P.O. Box 371954 Pittburgh, PA 152507954

This was supposed to be done three the approval of warden on 4-29-05. There by Johnny Sides submitts as Evidence copy's of his Funds with Draw Request And Funds withdrawal S.I.P.

Whereto: Johnny Sides Petitions this court to order the defendant Warden Huendolyn Mosely to Place his $15.00 dollars Back on his PMOD Account. And pay the cost of Filemia Fee's And cost of this 1983 Civil Action And the cost of Attorney Fee's. to be paid to Johnny Sides as proise! He Should be paid as A Regular Licenced practicing attorney. Because he would not have Filed a Lawsuit For $15.00 dollars And Had to pay more than the suit cost unless he was Serious about this matter

(6)

Whereto: If the caretaker under Guardian mostly has no record of receipt from place of business where the money was allegedly sent too, then the court can only assume that they sent it. But defendants must submit too the court and plaintiff documented proof that said money was sent, and received by receipt from said — company or place of business. There must be documented proof of exactly what happened to Johnny Siles — money after it was removed from his PMOD account, and where is it right at this exact moment. So these 1983 civil action litigations is going on.

Whereto: Defendants cannot just say we took the money off the account, and sent it and that it's, they have and obligation a duty to find out by receipt what exactly happened to Johnny Siles money once they took it from his PMOD account.

Whereto: If defendant takes the I don't care attitude what happened, then, they might as well start taking all of Johnny Siles money before it placed on the PMOD account and use it to there own benefit. And for the defendant, not to show any receipt that a company gave them receipt for said funds, then it is now a criminal matter to embezzle funds from a person prison PMOD account.

Johnny Siles has no control over his money. But the prison authority does and they should show what happened to said funds by receipt of company that was — supposedly have taken control over said funds.

Defendants must give document proof or pay court cost filing fees and attorney fees and place said money back on PMOD account.

Exhibits attached hereto.

(2)

Whereto: Johnny Sides money was taken of his PMOD Account, here at Easterling Correctional Facility by Request. But the defendant o Need be ordered to show documented proof of Receipt of said Funds at the Place of Business where the defendant alleged sent it to: Superintendent of Documenter P.O. Box 371954 Pittsburgh, PA 15250-7954

Whereto: Johnny Sides never did Receive a Book -- Federal Rules of civil Procedures, or Federal Rules of Evidence Book, nor did he get his money back which was removed from his PMOD account here at Easterling Correctional Facility, 200 Wallace Drive Clio Alabama 36017 Johnny Sides is presently in the custody and care of Warden Gwendolyn Mosely at the above styled address where he has no control over takeing or placeing Funds in his PMOD Account, to send to a company without the authorization and the assistance of the Finace Clerk here at Easterling Correctional Facility.

Whereto: the warden at said time Gave the Authority too the PMOD Account clerk to Remove Funds from Johnny Sides Account and with that authority they are supposed to maintain a Receipt of the company or place of Bussiness, Account-clerk, did Receive said Funds and do to a Receipt and a Receipt showing Receipt of said Funds by said Place of Bussiness or company, that the Funds was alledgly sent too.

Whereto: the defendant, Warden Gwendolyn Mosely admits withdrawal of said Funds from Johnny Sides PMOD Account. And does not show a Receipt that money was Excepted by letter head or company logo of alledged Place of Bussiness said Funds was supposed to Sent to.

## Complaint [two]

This is a omnibus amended consolidated 1983 civil action. Complaint even thoe consolidated with complaint one. Is a seperate consolidated complaint with a different defendant. And different set of circumstances.

## COMPLAINT About AN Alabama State court Judge

Today's date: 1-15-07   Name: Johnny Sides, AIS 116653
Address: Easterling Correctional Facility, 200 Wallace Drive Clio AL 36017
State court Attorney: Sam Badger court Appointed
Judges Name: Bobby Adderholt / court: Circuit
case number: CC84-585 CC84-114 county Winston
Name of case 1st degree Rape

### * Statement of Facts And Allegations

My complaint is that Judge Bobby Adderholt should have never been allowed to preside as judge over my case. My complaint of ethical misconduct involves the Ethics of the general nature of morals and the specific moral choices Judge Adderholt as an individual made relateing to me Johnny Sides, which involves the rules of Standards of conduct Governing Judge Adderholt, in the Law of Canons as a Judge His misconduct, as a Public official was malfeasance.

Whereton: Judge Bobby Adderholt ethical misconduct was malfeasance as a public official. Because He was in conflict of intrest to my case. For at least 3 counts of conflicts of intrest.

(1) Judge Bobby Adderholt. Had my Farther Clifford Sides working For him, For about 3 yrs. And one day I come to help my Farther while he was working around Judge Bobby Adderholt's mansion. And He called my Farther in the House and told him, he didn't want me Johnny Sides on his property, because I had a criminal Record. And years later I was sentenced by the same Judge who Showed Hate Against me in front of my Farther. This was a conflict of intrest where he should have never Been allowed to preside over my case.

(2) I worked for Judge Adderholt in his Steel Factory Boxing up greasy spools of Steel wire. I didn't like the job because it kepted my hands Greasey. So I Quit, And He Became Enraged with Animosity towards me. And should have never been allowed to preside over my criminal case.

(3) Judge Bobby Adderholt And my Brother Frankie Sides Had a Place of Bussiness together makeing Hand made wood Furniture. out of the Best wood available. And thereby due to growing competition in the Area. My Brother Frankie Sides wanted to dissolve the Partnership. But Judge Adder Holt did not want the Partnership to Stop. But my Brother Frankie Sides moved All of his own Part of the Bussiness in his home and dissolved the Partnership anyway. Judge Adder Holt didn't like that. And years Later he presided over my case with all three of there conflicts of intrests.

I Johnny Sills was indicted By a Grand Jury and I went to court in 1989. Judge Bobby Aldeitith should not have been the Judge to try my criminal case, there was three counts of conflict of intrest as Explained Herein. There were other Judges Equal to him that could have taken my case to trial.

allso the Man James Lottey was with me at the time in court before the court Started. There was a conflict of intrest. Because the Judge and DA took James Lottey in a Room and talked to him. And when he came out, he could not and would not look at me or talk to me. He was very Shaked and very nervous, And as white as a Ghost.

allso Another conflict of intrest occurred during the Picking of the Jury. One of the members of the Jury made a Statement about my past, when I was 8 to 10 years old. this was said when they where picking the Jury. The Judge said take this in his Records. When this was said you could Hear a Pin drop.

I feel like this put a bias and Prejudice of Judge and Jury. When these Statements and remarks from the Judge filled the Jurors minds in court. They all looked at me like a mad man. James Lottey had a 22 Pistol And a Liscence for the gun. They layed it out in court. To Show the Jury, in court. James Lottey tolled them I never touched the gun.

The Female was Sus an Whittle, And at the time she was dating a officer.

my complaint shows all of the ingoing ethical misconducts which is out of compliance with the judicial commits of a judge.

Therefore, I ask this court to consider both claims in there individual capacity, and assign a case number after granting in forma pauperis status.

Sign Johnny Sides
A.I.S. 116653
Easterling Corr Facility
200 Wallace Drive
Clio Alabama 36017

## Certificate of Service

This is to certify that I Johnny Sides has filed a 1983 civil action in the middle district of Alabama United States District Court. I have sworn too under the penalties of perjury as true and correct.

Sign Johnny Sides
A.I.S. 116653
E.C.F. 200 Wallace Drive
Clio Alabama 36017

Johnny Sides
EASTERLING CORRECTIONAL FACILITY
~~~~~~~~~~~~ Drive
Clio, Alab~~~~
AIS,
Bed. D2



IN THE UNITED STATES DISTRICT COURT
The middle District of Alabama
300 Dexter Avenue
Montgomery Alabama 36104-3

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

* Legal mail *

THIS ITEM HAS BEEN SCANNED
JUDICIAL BUILDING MAILROOM

# Attachment

EXHIBIT #1

# FUNDS WITHDRAWAL REQUEST
## EASTERLING CORRECTIONAL FACILITY
## 200 WALLACE DRIVE
## CLIO, ALABAMA 36017

No Res

NAME _Johnny Sides_  AIS # _____  DORM # _6b-28_

REQUESTED FOR: ( ) HOBBYCRAFT SUPPLIES   ( ) COPIES

( ) FAMILY MEMBERS   ( ) OTHER—Explain Briefly _Legal Pro-Se_
_Federal Rules of Civil Procedure; Federal_
_Rules of Evidence Are Needed for Pro Se_
_educational legal basis to Adequately and effectively_

BRIEF EXPLANATION FOR REQUEST _Rules of Procedure and_
_evidence are Needed to Properly Present Actions,_
_educational legal basis to Represent self in_
_Litigation, Pro Se:_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AMOUNT OF FUNDS YOU WANT DEDUCTED _$15.00_

NAME TO SEND TO _Super Superintendent of Documents_

ADDRESS: _P.O. Box 371954  Pittsburgh, PA_
_15250-7954_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(APPROVED)    DENIED    WARDEN _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

INMATE SIGNATURE _Johnny Sides_   DATE _4-29-05_

SIGN IN PRESENCE OF OFFICER OR SUPERVISOR

SIGNATURE OF WITNESS: _____
DOC PERSONNEL                Print Name & Sign

ATTACH STAMPED-ADDRESSED ENVELOPE IF APPLICABLE
PUT IN REQUEST BOX

Ck # 1042
5-2-05
BH

```
SEP. 11, 2006              USER: SARA P FAULK                           INMACI
          INMATE ACCOUNT INFORMATION FROM APR. 25, 2005 THRU DEC. 31, 2005

   AIS#:   116653    NAME: SIDES, JOHNNY WAYNE        CURRENT BAL:      $0.30

DATE OF     PREVIOUS   TRANS.   NAME OF              TYPE OF    TRANS.    AMOUNT
TRANS.      BALANCE    NUMBER   SENDER/PAYEE         TRANS.     AMOUNT    DEDUCTED
-------------------------------------------------------------------------------
05/02/2005   $33.89    003949   SUPERINTENDENT OF D  MISC. WDRL  $15.00   N/A
05/24/2005   $91.28    004312   UNION SUPPLY COMPAN  MISC. WDRL  $48.00   N/A
                        END OF DATA ON SIDES, JOHNNY WAYNE




                        PRESS ENTER TO CONTINUE
```