

RECEIVED
2007 FEB 16 A 9: 35
DEBRA P. HACKETT, C
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

## AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

Johnny Sides         2:07CV143-MEF

I, __Johnny Sides__, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?                                           YES ( )  NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. __N/A__

   B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. __N/A__

2. Have you received within the past 12 months any money from any of the following sources?

   A. Business, profession, or form of self-employment?       YES ( )  NO (✓)

   B. Rent payments, interest, or dividends?                 YES ( )  NO (✓)

   C. Pensions, annuities, or life insurance payments?       YES ( )  NO (✓)

   D. Gifts or inheritances?                                 YES ( )  NO (✓)

   E. Any other sources?                                     YES ( )  NO ( )

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. __N/A__

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES ( )   NO ( )

   If the answer is YES, state the total value of the items owned.
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( )   NO (✓)

   If the answer is YES, describe the property and state its approximate value.
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. _____
   _____
   _____

                                            Att
                        Johnny Aide  116653
                        _____
                        Signature of Affiant

STATE OF ALABAMA         )
COUNTY OF_____   )

   Before me, a notary public in and for said County, in said State, personally appeared_____, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

   That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

                        _____
                        Signature of Affiant

Sworn to and subscribed before me this _____ day of _____, 19___.

                        _____
                        Notary Public

                        _____ County, Alabama

                        O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1-15-07___.
                  (date)

_Johnny Siles_ AIS! 116653
Signature of Affiant

Johnny Sides

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ __95.15__ on account to his credit at the __Easterling__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_See Attached_

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

_M Faulk Act Clerk_
Authorized Officer of Institution

DATE __1/16/07__

M/D-6

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____Southern_____ DIVISION

RECEIVED
2007 FEB 16  A 9: 36

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Johnny Sides )
AIS: 11653 )
_____ )
_____ )
       Plaintiff(s)      )
                         )
Et. al Defendant & Amelia Bradley )
Mosely. omnibus amended consolidated )
1983 civil action )
Et. al. Defendant )
Judge Bobby Sidele Holt )
       Defendant(s)      )

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) __Johnny Sides 11653__

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

__Johnny Sides 11653__
Plaintiff(s) signature