IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

JOHNNY SIDES, #116653,              )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )    CASE NO. 2:07-cv-143-MEF
                                    )
GWENDOLYN MOSLEY, *et al.*,         )
                                    )
    Defendants.                     )

# **O R D E R**

On February 22, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's receipt and loss of property claims against Gwendolyn Mosley are DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i).

3. The § 1983 claims presented against Judge Bobby Adderholt are DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii).

4. The plaintiff's challenge to the constitutionality of the conviction imposed upon him in 1984 by the Circuit Court of Winston County, Alabama, for first degree rape is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

5.  This case is DISMISSED prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii).

DONE this the 13th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE