```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000560
Cashier ID: brobinso
Transaction Date: 09/28/2007
Payer Name: VENTRESS CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: JOHNNY WAYNE SIDES
 Case/Party: D-ALM-2-07-CV-000143-001
 Amount:         $23.00
------------------------------------
CHECK
 Check/Money Order Num: 19570
 Amt Tendered: $23.00
------------------------------------
Total Due:      $23.00
Total Tendered: $23.00
Change Amt:     $0.00
```