```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003583
Cashier ID: brobinso
Transaction Date: 01/28/2008
Payer Name: VENTRESS CORRECTIONAL FACILITY
--------------------------------------
PLRA CIVIL FILING FEE
 For: JOHNNY WAYNE SIDES
 Case/Party: D-ALM-2-07-CV-000143-001
 Amount:         $119.00
--------------------------------------
CHECK
 Check/Money Order Num: 19874
 Amt Tendered: $119.00
--------------------------------------
Total Due:       $119.00
Total Tendered: $119.00
Change Amt:       $0.00
```